FENNEMORE CRAIG, P.C.
Ronald J. Stolkin (No. 002552)
One South Church Avenue
Suite 1000
Tucson, AZ  85701-1627
Telephone:  (520) 879-6800
Email:  rstolkin@fclaw.com

Attorneys for Defendants
Wick Communications, dba Territorial Newspapers, and
Sean Ardry and Jane Doe Ardry

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA – TUCSON DIVISION

| | |
|---|---|
| ROXANNE GUTMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>WICK COMMUNICATIONS dba TERRITORIAL NEWSPAPERS, INC.; SEAN ARDRY and JANE DOE ARDRY, spouse,<br><br>    Defendants. | No.  09-CV-578<br><br>(Pima County Superior Court No. C20096081)<br><br>**NOTICE OF REMOVAL** |

   Pursuant to 28 U.S.C. §§ 1441 and 1446 and Rule LRCiv3.7, Local Rules of Practice for the United States District Court for the District of Arizona, Defendants Wick Communications dba Territorial Newspapers, Inc. ("Wick") and Sean Ardry and Jane Doe Andry ("Ardry") remove this action from the Arizona Superior Court for Pima County to the United States District Court for the District of Arizona based on the following grounds:

   1.   Defendants have each received copies of the Summons and Complaint in a Civil Matter styled *Roxanne Gutman, Plaintiff, vs. Wick Communications dba Territorial Newspapers, Inc. and Sean Ardry and Jane Doe Ardry, spouse*, Cause No. C20096081, which is pending in the Arizona Superior Court, Pima County, a State Court within the

District of Arizona. (the "Action").  Copies of the State Court Record as of October 13, 2009, including the Summons, Complaint, Certificate of Compulsory Arbitration and Affidavit of Service, are attached herewith as Exhibits 1-4 respectively pursuant to Rule LRCiv3.7(b), Local Rules of Practice for the United States District Court for the District of Arizona.

2.  Wick received the Summons and Complaint on September 22, 2009 through service directly on Territorial Newspapers, Inc; Ardry received the Summons and Complaint on October 2, 2009 through service directly on Sean Ardry.

3.  No other process, pleadings or orders have been served upon Wick and/or Ardry in the Action.

4.  Wick and Ardry have not previously pled, answered, or otherwise appeared in the Action.

5.  Wick and Ardry filed this Notice within thirty (30) days after receipt of a pleading, motion, order or other paper from which it may be ascertained that this case is one which is or has been removable, and within one year after commencement of the Action.  Removal, therefore, is timely pursuant to 28 U.S.C. § 1446(b).

6.  In her Complaint, plaintiff alleges that she satisfied jurisdictional prerequisites to discrimination and sexual harassment claims by having filed charges with and having received Notices of Right to Sue from the Arizona Civil Rights Division (ACRD) and the United States Equal Employment Opportunity Commission (EEOC). Although not artfully pleaded, by reference to having received her right to sue letter from the EEOC, plaintiff's discrimination and/or sexual harassment complaint includes claims for alleged violation(s) of Title VII of the United States Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq.*, (in addition to alleging a pendent state claim for an alleged violation of the Arizona Civil Rights Act).

7.  By reason of the above facts:

      A.    The District Courts of the United States have original and supplemental jurisdiction of the Action pursuant to 28 U.S.C. §§ 1331, 1343, and 1367; and

      B.    The Action is removable pursuant to 28 U.S.C. § 1441.

8.    A copy of this Notice has been filed with the State Court Clerk pursuant to Rule LRCiv3.7(a), Local Rules of Practice for the Arizona District Court.

**WHEREFORE,** Defendants pray that the Action be removed from the Arizona Superior Court for Pima County to the United States District Court for the District of Arizona and that further proceedings in the Arizona Superior Court regarding the Action be stayed.

DATED this 13 day of October, 2009.

FENNEMORE CRAIG, P.C.

By */s/ Ronald Stolkin*
Ronald Stolkin
Attorneys for Defendant
Wick Communications dba Territorial Newspapers, Inc. ("Wick") and Sean Ardry and Jane Doe Ardry

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and mailed a copy to the following non CM/ECF registrants:

Roxanne Gutman
P.O. Box 17222
Tucson, Arizona 85711

*/s/ Julie Calvano Tolby*
Julie Calvano Tolby