# EXHIBIT 1

ROXANNE GUTMAN
PO Box 17222
Tucson, AZ  85711
(520) 975-4867

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF PIMA

ROXANNE GUTMAN,                )
                               )   Cause No. C20096081
        Plaintiff              )
                               )   SUMMONS
vs                             )
                               )
WICK COMMUNICATIONS, dba       )
TERRITORIAL NEWSPAPERS, INC.;  )        CARMINE CORNELIO
SEAN ARDRY and JANE DOE        )
ARDRY, Spouse                  )
                               )

THE STATE OF ARIZONA to the defendant(s):

WICK COMMUNICATIONS CO.
dba TERRITORIAL NEWSPAPERS, INC.
c/o Tucson Weekly Business Office
3280 E. Hemisphere Loop
Tucson, AZ 85706   (520)294-1200

and

SEAN B. ARDRY
H - 821 E. Bradstock Way         W - SelectBlinds.com
Queen Creek, AZ 85240            890 W. Elliot Rd.
(480)621-8566                    Gilbert, AZ 85233
                                 (480)-302-5113

and

JANE DOE ARDRY (spouse)
Stefanie K. Ardry (480-621-8566)
821 E. Bradstock Way
Queen Creek, AZ 85240

A lawsuit has been filed against you. A copy of the lawsuit is served upon you with this "Summons".

**YOU ARE HEREBY SUMMONED** and required to appear and defend this action in this court. If served in Arizona, you shall appear and defend within 20 days after service of the Summons

(1)

and Complaint, exclusive of the day of service. If served out of Arizona, whether by direct service, by registered/certified mail, or publication, you shall appear and defend within 30 days after service is complete, exclusive of the day of service.

**YOU ARE HEREBY NOTIFIED** that in case your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

**YOU ARE CAUTIONED** that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court accompanied by the necessary filing fee within the time required, and you are required to serve a copy of that Answer/Response upon Plaintiff or Plaintiff's attorney(s).

The name and address of Plaintiff is:
ROXANNE GUTMAN
PO Box 17222
Tucson, AZ  85711
(520) 975-4867

AUG  4 2008

**SIGNED AND SEALED** this date _____ PATRICIA A. NOLAND

By: _____

JAMES VOGLER

REQUESTS FOR REASONABLE ACCOMODATION FOR PERSONS WITH DISABILITIES MUST BR MADE TO THE DIVISON ASSIGNED TO THE CASE BY PARTIES AT LEAST 3 DAYS IN ADVANCE OF A SCHEDULED COURT PROCEEDING.

(2)

# EXHIBIT 2

ROXANNE GUTMAN
PO Box 17222
Tucson, AZ 85711
(520) 975-4867

FILED
09 AUG -4 AM 8:47
PATRICIA A. NOLAND
CLERK, SUPERIOR COURT
BY _____ DEPUTY

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF PIMA

JAMES VOGLER

| | |
|---|---|
| ROXANNE GUTMAN,<br><br>　　　　Plaintiff<br><br>vs<br><br>WICK COMMUNICATIONS, dba<br>TERRITORIAL NEWSPAPERS, INC.;<br>SEAN ARDRY and JANE DOE<br>ARDRY, Spouse<br><br>　　　　Defendants | Cause No. C20096081<br><br>**COMPLAINT**<br><br>(Employment Discrimination<br><br>Wrongful Termination)<br><br>**CARMINE CORNELIO** |

**COMES NOW** the Plaintiff, and alleges as follows:

1. Plaintiff began employment with Defendant WICK COMMUNICATIONS beginning on or around December 2004.

2. Defendant SEAN ARDRY was Plaintiff's supervisor.

3. Plaintiff was treated differently than her male counterparts in the following ways:

    a. Holiday pay, accrual and use

    b. Vacation and sick pay, accrual and use

    c. Breaks, lunches

    d. Hostile work environment

    e. Harassment/Retaliation

    f. Required higher performance



(1)

      g.  Sexual requests made by Defendant ARDRY

      h.  Further reasons, if any, to be filed as an amendment, if necessary.

4. Defendant ARDRY threatened Plaintiff with loss of employment if she complained to anyone other than her immediate supervisor (Defendant ARDRY).

5. Plaintiff did tell WICK COMMUNICATIONS (Territorial Newspapers) Human Resources Department.

6. Defendant ARDRY made unwelcome comments of a sexual nature and repeatedly propositioned Plaintiff.

7. Defendant ARDRY threatened Plaintiff with loss of employment should she tell anyone.

8. Shortly thereafter, Plaintiff was terminated by Defendant SEAN ARDRY and Publisher THOMAS LEE on or about July 2009.

9. Further allegations, if any, to be filed as an amendment if necessary.

10. Plaintiff has filed a Charge of Discrimination with the ACRD (No. T08-0935) and EEOC (No. 35A-2008-0709C) and has obtained a NOTICE OF RIGHT TO SUE.

**WHEREFORE**, Plaintiff respectfully requests Judgment against Defendant(s) separately and as a community, if applicable, and each of them, in the amount of $1,500,000.00 (ONE MILLION, FIVE HUNDRED THOUSAND DOLLARS and 00/100) plus interest, attorneys

fees, and costs incurred herein, and such other relief as the Court deems just and proper.

DATED this 4th day of August, 2009.

*[signature]*
ROXANNE GUTMAN

(3)

# EXHIBIT 3

ROXANNE GUTMAN
PO Box 17222
Tucson, AZ 85711
(520) 975-4867

FILED

09 AUG -4 AM 8:46

PATRICIA A. NOLAND
CLERK, SUPERIOR COURT
BY _____
     DEPUTY
     JAMES VOGLER

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF PIMA

ROXANNE GUTMAN, )
                )
        Plaintiff )   Cause No. __C20096081__
                )
vs              )   CERTIFICATE OF
                )   COMPULSORY ARBITRATION
WICK COMMUNICATIONS, dba )
TERRITORIAL NEWSPAPERS, INC.; )
SEAN ARDRY and JANE DOE )       CARMINE CORNELIO
ARDRY, Spouse )
                )
        Defendants )
_____)

The undersigned certifies that the largest award sought by the Complainant, including punitive damaged, but excluding interest, attorney's fees, and costs is (is not) such that according to the Local Rules of this Court for compulsory arbitration, this case is (is not) subject to the Uniform Rules of Procedure for Arbitration.

DATED this 4th day of August, 2009.

_____
ROXANNE GUTMAN

# EXHIBIT

# 4



```
                                              FILED
                                      PATRICIA A. NOLAND
                                      CLERK, SUPERIOR COURT

                                      09 SEP 23 PM 1:50
```

HAWKINS and E-Z MESSENGER                    BY: E. BRADFORD,
65 E. Pennington Street                          DEPUTY
Tucson, AZ 85701
(520) 623-8436  FAX: (520) 624-1819

IN THE ARIZONA SUPERIOR COURT
STATE OF ARIZONA COUNTY OF PIMA

ROXANNE GUTMAN                              CASE NO. C20096081
            VS                              JUDGE   CORNELIO
WICK COMMUNICATIONS, DBA TERRITORIAL

STATE OF ARIZONA           )                AFFIDAVIT OF SERVICE
PIMA COUNTY                )

THE AFFIANT, being sworn, states: That I am a private process server registered in PIMA COUNTY and an Officer of the Court. On 09/21/09 I received the SUMMONS; COMPLAINT; CERTIFICATE OF COMPULSORY ARBITRATION

from ROXANNE GUTMAN and by in each instance I personally served a copy of each document listed above upon:
WICK COMMUNICATIONS CO. DBA TERRITORIAL NEWSPAPERS, INC. C/O TUCSON WEEKLY BUSINESS OFFICE on 09/22/09 at 9:54 am at 3280 E. HAMPSHIRE LOOP TUCSON, AZ 85706 PIMA COUNTY in the manner shown below:

by leaving true copy(ies) of the above documents with BETH BROUILLETTE, BUSINESS MANAGER, STATED AUTHORIZED TO ACCEPT.

Description: WHITE, Female, Approx. 60 yrs. of age, 5' 4" tall, Weighing 160lbs., GREEN Eyes, GREY Hair,

JOHN S. CALHOUN                                      Affiant
Sworn to before me the _Sep 22, 2009_

Priscilla C. Dominguez        OFFICIAL SEAL Notary
                              PRISCILLA C. DOMINGUEZ
My Commission                 NOTARY #1105/2011

1746005 19043
ORIGINAL