FENNEMORE CRAIG, P.C.
Ronald J. Stolkin (SBN 002552; PCC 55396)
One South Church Avenue, Suite 1000
Tucson, AZ  85701-1627
Telephone:  (520) 879-6800
Facsimile:  (520) 879-6881
Email:  rstolkin@fclaw.com

Attorneys for Defendant
WICK COMMUNICATIONS dba
TERRITORIAL NEWSPAPERS, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA – TUCSON DIVISION

| | |
|---|---|
| ROXANNE GUTMAN,<br><br>Plaintiff,<br><br>vs.<br><br>WICK COMMUNICATIONS dba TERRITORIAL NEWSPAPERS, INC.; SEAN ARDRY and JANE DOE ARDRY, spouse,<br><br>Defendants. | Case No. **09-CV-578**<br><br>**ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>(Pima County Superior Court No. C20096081) |

For their Answer to Plaintiff's Complaint, Defendants admit, deny and allege as follows:

1. They admit the allegations contained in paragraph 1 of Plaintiff's Complaint.

2. They deny the allegation contained in paragraph 2 of Plaintiff's Complaint because it is vague as to time; they admit, however, that Sean Ardry became Plaintiff's supervisor sometime after he was hired, which was nine months after plaintiff was hired.

3. They deny the allegations contained in paragraphs 3 (including subparts a-h, inclusive) and 4 of Plaintiff's Complaint.

4. The allegation contained in paragraph 5 of Plaintiff's Complaint is vague as it fails to identify what plaintiff allegedly told Wick Communications (Territorial Newspapers) Human Resources Department and, therefore, defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 of Plaintiff's Complaint

5. They deny the allegations contained in paragraphs 6, 7, 8 and 9 of Plaintiff's Complaint.

6. Upon information and belief, they admit the allegation contained in paragraph 10 of Plaintiff's Complaint.

## AS TO ALL ALLEGATIONS

Defendants deny each and every allegation contained in Plaintiff's Complaint not expressly admitted herein.

## AFFIRMATIVE DEFENSES

As affirmative defenses to the allegations contained in Plaintiff's Complaint, and upon information and belief, Defendants states as follows:

1. Plaintiff's Complaint fails to state a claim against them, or either of them, upon which relief can be granted.

2. Any alleged damages to Plaintiff were caused by acts or events other than those of Defendants, or either of them.

3. Some or all of the claims contained in the Complaint are barred, in whole or in part, by the doctrine of estoppel.

4. Some or all of the claims contained in the Complaint are barred, in whole or in part, by the doctrine of unclean hands.

5. Some or all the claims contained in the Complaint are barred, in whole or in part, by the doctrine of waiver.

6. Plaintiff has failed to mitigate or reasonably attempt to mitigate her

1 damages, if any.

2   7. Plaintiff has failed to satisfy all of the administrative prerequisites required to bring the claims contained in her complaint.

4   8. Defendants are without knowledge as to which, if any, additional affirmative defenses may be supported by the facts developed through discovery and, rather than waive same, they reserve the right to amend their answer at a later time to assert any matter constituting an avoidance or an affirmative defense, including without limitation those matters set forth in Rule 8(c) Arizona Rules of Civil Procedure.

9   WHEREFORE, Defendants requests that judgment be entered in their favor, and for each of them, and against Plaintiff; that Plaintiff's Complaint be dismissed with prejudice; that Plaintiff take nothing thereby; that Defendants, and each of them, be awarded their reasonable costs incurred herein, including reasonable attorneys' fees; and that the Court order such other and further relief as it deems just and proper in the premises.

DATED this 13th day of October, 2009.

FENNEMORE CRAIG, P.C.


By /s/ Ronald J. Stolkin
    Ronald J. Stolkin
    Attorneys for Defendant
    Wick Communications dba Territorial
    Newspapers, Inc. and
    Sean Ardry and Jane Doe Ardry

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and mailed a copy to the following non CM/ECF registrants:

Roxanne Gutman
P.O. Box 17222
Tucson, Arizona 85711

*/s/ Julie Calvano Tolby*
Julie Calvano Tolby

FENNEMORE CRAIG, P.C.
PHOENIX

2243825.1/96170.026