**THE STROJNIK FIRM LLC**
ATTORNEYS AT LAW
SUITE 1401
3030 North Central Avenue
Phoenix, Arizona 85012
(602) 297-3019

Peter Kristofer Strojnik AZBN 026082 CABN 242728
strojnik@skplaw.com
Attorney for Plaintiff Roxanne Gutman

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA – TUCSON DIVISION

| | |
|---|---|
| ROXANNE GUTMAN, | NO. 4:09-cv-00578 |
| Plaintiff, | **NOTICE OF SERVICE OF PLAINTIFF'S RULE 26 DISCLOSURE** |
| vs. | |
| WICK COMMUNICATIONS dba TERRITORIAL NEWSPAPERS, INC.; SEAN ARDRY and JANE DOE ARDRY, spouse, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that on the date below written, Plaintiff Roxanne Gutman, by and through undersigned counsel, served via United States mail on Defendants, care of their counsel of record, Plaintiff's Rule 26 Disclosure at the following address:

Ronald Stolkin, Esq.
FENNEMORE CRAIG, P.C.
3003 North Central Avenue
Suite 2600
Phoenix, Arizona 85012

DATED this 2nd Day of June, 2010.

                    **THE STROJNIK FIRM LLC**

                 /s/ Peter Kristofer Strojnik
                 Peter Kristofer Strojnik
                 3030 North Central Avenue
                 Suite 1401
                 Phoenix, Arizona 85012
                 Attorney for Roxanne Gutman