1 FENNEMORE CRAIG, P.C.
Ronald J. Stolkin (SBN 002552; PCC 55396)
2 One South Church Avenue, Suite 1000
Tucson, AZ  85701-1627
3 Telephone:  (520) 879-6800
Facsimile:  (520) 879-6881
4 Email:  rstolkin@fclaw.com

5 Attorneys for Defendants

6

7

8                    **UNITED STATES DISTRICT COURT**

9              **DISTRICT OF ARIZONA – TUCSON DIVISION**

| | |
|---|---|
| 10  ROXANNE GUTMAN, | Case No. 4:09-CV-00578-JMR |
| 11         Plaintiff, | **ANSWER TO FIRST AMENDED COMPLAINT** |
| 12         vs. | |
| 13  WICK COMMUNICATIONS dba TERRITORIAL NEWSPAPERS, INC.; | |
| 14  SEAN ARDRY and JANE DOE ARDRY, spouse, | |
| 15 | |
| 16         Defendants. | |

17

18       For their Answer to Plaintiff's First Amended Complaint (hereinafter "Amended

19 Complaint"), Defendants admit, deny and allege as follows:

20                    **PARTIES AND JURISDICTION**

21       1.    Upon information and belief, they admit the allegations contained in

22 paragraph 1 of the Amended Complaint.

23       2.    Answering paragraph 2 of the Amended Complaint, they admit that Wick

24 Communications ("Wick") is an Arizona corporation; they affirmatively allege that Wick

25 does business as Territorial Newspapers in Pima County, Arizona; they deny the

26 remaining allegations contained in paragraph 2 of the Amended Complaint not expressly

FENNEMORE CRAIG, P.C.

PHOENIX

1  admitted.

2  3.   Answering paragraph 3 of the Amended Complaint, they admit that Sean

3  Ardry ("Ardry") and Stephanie (the correct spelling is Stefanie) Ardry are husband and

4  wife residing in Pinal County, Arizona; the remaining statement contained in paragraph 3

5  of the Amended Complaint requires no answer and, therefore, none is given.

6  4.   Plaintiff's statements in paragraphs 4 and 5 of the Amended Complaint of

7  the reasons for bringing this action and the relief sought in this action require no answer

8  and, therefore, none is given; to the extent that any response is required, Defendants deny

9  the allegations in paragraphs 4 and 5 of the Amended Complaint.

10  5.   Answering paragraph 6 of the Amended Complaint, they admit that Plaintiff

11  filed a timely charge of discrimination against Wick with the Equal Employment

12  Opportunity Commission ("EEOC"); they deny that plaintiff filed a charge of

13  discrimination against Ardry with the EEOC; they are without knowledge or information

14  sufficient to form a belief as to the truth of the remaining allegations contained in

15  paragraph 6 of the Amended Complaint.

16  6.   They are without knowledge or information sufficient to form a belief as to

17  the truth of the allegations contained in paragraph 7 of the Amended Complaint.

18  7.   They admit the allegation contained in paragraph 8 of the Amended

19  Complaint.

20  8.   Answering paragraph 9 of the Amended Complaint, they admit that venue is

21  proper in this District Court; they deny all remaining allegations contained in paragraph 9

22  of the Amended Complaint not expressly admitted.

23  **FACTUAL ALLEGATIONS COMMON TO ALL COUNTS**

24  9.   Answering paragraph 10 of the Amended Complaint, they incorporate by

25  this reference each admission, denial and allegation contained paragraphs 1-8 of this

26  Answer as though fully set forth herein.

FENNEMORE CRAIG, P.C.
PHOENIX

2299836

- 2 -

1    10.    They deny the allegations contained in paragraphs 11, 12, 13, 14, 15, 16, 17,

2   18, 19, 20, 21, 22, 23, 24 and 25 of the Amended Complaint.

3    11.    Answering paragraph 26 of the Amended Complaint, they affirmatively

4   allege that Wick's policies directly or indirectly relating to harassment, including sexual

5   harassment and/or harassment in the workplace, or any part thereof, speak for themselves

6   and to the extent that the allegations of paragraph 26 purport to restate or paraphrase these

7   policies, or any part thereof, they deny each and every allegation of paragraph 26 to the

8   extent that they differ in content, meaning or implication from Wick's policies.

9                                    **COUNT ONE**

10      **(ALLEGED VIOLATION OF TITLE VII – HOSTILE WORK ENVIRONMENT)**

11    12.    Answering paragraph 27 of the Amended Complaint, they incorporate by

12   this reference each admission, denial and allegation contained paragraphs 1-11 of this

13   Answer as though fully set forth herein.

14    13.    They deny the allegations contained in paragraphs 28, 29, 30 and 31 of the

15   Amended Complaint.

16                                    **COUNT TWO**

17            **(ALLEGED VIOLATION OF TITLE VII – RETALIATION)**

18    14.    Answering paragraph 32 of the Amended Complaint, they incorporate by

19   this reference each admission, denial and allegation contained paragraphs 1-13 of this

20   Answer as though fully set forth herein.

21    15.    They deny the allegations contained in paragraphs 33, 34 and 35 of the

22   Amended Complaint.

23                                    **COUNT THREE**

24            **(ALLEGED INTENTIONAL INFLICTION OF**
            **EMOTIONAL DISTRESS AGAINST ARDRY)**
25

26    16.    Answering paragraph 36 of the Amended Complaint, they incorporate by

FENNEMORE CRAIG, P.C.    2299836

PHOENIX

1    this reference each admission, denial and allegation contained paragraphs 1-15 of this

2    Answer as though fully set forth herein.

3         17.    They deny the allegations contained in paragraphs 37, 38, 39 and 40 of the

4    Amended Complaint.

5 **COUNT FOUR**

6
7 **(ALLEGED INTENTIONAL INFLICTION OF
EMOTIONAL DISTRESS AGAINST WICK)**

8         18.    Answering paragraph 41 of the Amended Complaint, they incorporate by

9    this reference each admission, denial and allegation contained paragraphs 1-17 of this

10    Answer as though fully set forth herein.

11         19.    They deny the allegations contained in paragraphs 42, 43 and 44 of the

12    Amended Complaint.

13 **DEMAND FOR JURY TRIAL**

14         20.    Plaintiff's jury trial demand requires no answer; although no answer is

15    required, defendants affirmatively allege that plaintiff has waived a jury trial and

16    plaintiff's demand for jury trial should be stricken.

17 **AS TO ALL ALLEGATIONS**

18      Defendants deny each and every allegation contained in the Amended Complaint

19    not expressly admitted herein.

20 **AFFIRMATIVE DEFENSES**

21      As affirmative defenses to the allegations contained in the Amended Complaint,

22    and upon information and belief, defendants state as follows:

23         1.    The Amended Complaint fails to state a claim against them, or either of

24    them, upon which relief can be granted.

25         2.    Any alleged damages to Plaintiff were caused by acts or events other than

26    those of defendants, or either of them.

FENNEMORE CRAIG, P.C.

PHOENIX

2299836

1    3.    Some or all of the claims contained in the Amended Complaint are barred,

2  in whole or in part, by the doctrine of estoppel.

3    4.    Some or all of the claims contained in the Amended Complaint are barred,

4  in whole or in part, by the doctrine of unclean hands.

5    5.    Some or all the claims contained in the Amended Complaint are barred, in

6  whole or in part, by the doctrine of waiver.

7    6.    Plaintiff has failed to mitigate or reasonably attempt to mitigate her

8  damages, if any.

9    7.    Plaintiff has failed to satisfy all of the administrative prerequisites required

10  to bring the claims contained in the Amended Complaint.

11    8.    Defendants are without knowledge as to which, if any, additional

12  affirmative defenses may be supported by the facts developed through discovery and,

13  rather than waive same, they reserve the right to amend their Answer at a later time to

14  assert any matter constituting an avoidance or an affirmative defense, including without

15  limitation those matters set forth in Rule 8(c) Arizona Rules of Civil Procedure.

16    WHEREFORE, Defendants requests that judgment be entered in their favor, and

17  for each of them, and against Plaintiff; that plaintiff's First Amended Complaint be

18  dismissed with prejudice; that all relief request by Plaintiff in her First Amended

19  Complaint be denied and that Plaintiff take nothing thereby; that Defendants, and each of

20  them, be awarded their reasonable costs incurred herein, including reasonable attorneys'

21  fees; and that the Court order such other and further relief as it deems just and proper in

22  the premises.

23  / / /

24  / / /

25  / / /

26  / / /

FENNEMORE CRAIG, P.C.

PHOENIX

2299836

- 5 -

1    DATED this 2nd day of June, 2010.

2

3                                                FENNEMORE CRAIG, P.C.

4

5                                                By*/s/ Ronald J. Stolkin*
                                                     Ronald J. Stolkin
6                                                    Attorneys for Defendant
                                                     Wick Communications dba Territorial
7                                                    Newspapers, Inc. and
                                                     Sean Ardry and Jane Doe Ardry

8

9

10

11

12                                **CERTIFICATE OF SERVICE**

13         I hereby certify that on June 2, 2010, I electronically transmitted the attached
     document to the Clerk's Office using the CM/ECF system for filing and transmittal of a
14   Notice of Electronic Filing to the following CM/ECF registrants::

15                                     Peter Kristofer Strojnik
                                       The Strojnik Firm, LLC
16                                     3030 North Central Ave., Suite 1401
                                       Phoenix, Arizona 85012
17

18                                             */s/ Julie Calvano Tolby*
                                               Julie Calvano Tolby
19

20

21

22

23

24

25

26

FENNEMORE CRAIG, P.C.

PHOENIX

2299836