IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES - GENERAL

Date: 6/29/2010

Civil Case No. CV-09-00578-TUC-JMR

Title ROXANNE GUTMAN vs. WICK COMMUNICATIONS Co. et al.
================================================================
Present:
                        HON. JOHN M. ROLL

| Deputy Clerk: Michael E. Sears | Court Reporter: Aaron LaDuke |
|---|---|
| ATTORNEY(s) FOR PLAINTIFF | ATTORNEY(s) FOR DEFENDANT |
| Peter Strojnik (Appearing Telephonically) | Barney Holtzman |

**PROCEEDINGS**:    X   Open Court    _____ Chambers    _____ Other

Scheduling Conference held, formal order to follow.

Scheduling Conference: **7 minutes**