Peter Kristofer Strojnik, 026082
**THE STROJNIK FIRM LLC**
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-297-3019
Facsimile: 602-264-1441
e-mail: strojnik@skplaw.com
Attorney for Plaintiff Roxanne Gutman

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| ROXANNE GUTMAN, a married woman, | NO. 4:09-cv-00578-JMR |
| Plaintiff, | **NOTICE TO THE COURT IN LIEU OF OPENING BRIEF IN SUPPORT OF TRIAL BY JURY ISSUE** |
| vs. | |
| WICK COMMUNICATIONS CO., an Arizona corporation *dba* Territorial Newspapers; SEAN ARDRY and STEPHANIE ARDRY, husband and wife, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Plaintiff Roxanne Gutman, by and through undersigned counsel, is unable to certify in good faith to the Court whether by fact or law that the Plaintiff did not waive her right to jury trial. After review and research of case law in the federal courts and the Federal Rules of Civil Procedure, counsel cannot in good faith and in accordance with the Rules and ethics Rules argue that Plaintiff did not waive her right to the Rule 38 Jury Trial. Plaintiff does not seek to ignore the Court's Doc. 18 Order and therefore submits the foregoing in lieu of the opening brief.

DATED this 30th Day of July, 2010.

**THE STROJNIK FIRM LLC**

*/s/ Peter K. Strojnik*
Peter Kristofer Strojnik
3030 North Central Avenue
Suite 1401
Phoenix, Arizona 85012
Attorney for Plaintiff Roxanne Gutman