```
FENNEMORE CRAIG, P.C.
Ronald J. Stolkin (SBN 002552; PCC 55396)
One South Church Avenue, Suite 1000
Tucson, Arizona 85701-1627
Telephone: (520) 879-6800
Facsimile: (520) 879-6881
Email: rstolkin@fclaw.com

Attorneys for Defendant
WICK COMMUNICATIONS dba
TERRITORIAL NEWSPAPERS, INC.
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA – TUCSON DIVISION

| | |
|---|---|
| ROXANNE GUTMAN,<br><br>Plaintiff,<br><br>vs.<br><br>WICK COMMUNICATIONS dba TERRITORIAL NEWSPAPERS, INC.; SEAN ARDRY and JANE DOE ARDRY, spouse,<br><br>Defendants. | Case No. **09-CV-578-TUC-JMR**<br><br>**NOTICE OF SERVICE OF DEFENDANT'S FIRST SUPPLEMENTAL DISCLOSURE STATEMENT** |

Pursuant to Rule 26(a)(1), Federal Rules of Civil Procedure, Notice is hereby given that Defendants Wick Communications dba Territorial Newspapers, Inc. ("Wick") and Sean Ardry and Stephanie Ardry ("Ardry") has served upon Plaintiff its First Supplemental Disclosure Statement on August 6, 2010, via United States Mail.

DATED this 9th day of August, 2010.

                              FENNEMORE CRAIG, P.C.

                              By */s/ Ronald J. Stolkin*
                                  Ronald J. Stolkin
                                  Attorneys for Defendant
                                  Wick Communications dba Territorial
                                  Newspapers, Inc. and Sean Ardry and
                                  Jane Doe Ardry

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter Kristofer Strojnik
The Strojnik Firm LLC
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
(602) 297-3019/Facsimile:  (602) 264-1441
strojnik@skplaw.com
**Counsel for Plaintiff**

*/s/ Julie Calvano Tolby*
Julie Calvano Tolby

FENNEMORE CRAIG, P.C.
TUCSON

2340746.1/96170.026

- 2 -