**THE STROJNIK FIRM LLC**
ATTORNEYS AT LAW
SUITE 1401
3030 North Central Avenue
Phoenix, Arizona 85012
(602) 297-3019

Peter Kristofer Strojnik AZBN 026082 CABN 242728
strojnik@skplaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA – TUCSON DIVISION

| | |
|---|---|
| ROXANNE GUTMAN,<br><br>                    Plaintiff,<br><br>    vs.<br><br>WICK COMMUNICATIONS dba TERRITORIAL NEWSPAPERS, INC.; SEAN ARDRY and JANE DOE ARDRY, spouse,<br><br>                    Defendants. | NO. 4:09-cv-00578<br><br>**NOTICE OF SERVICE OF DISCOVERY REQUEST DIRECTED TO DEFENDANTS WICK COMM AND ARDRY** |

NOTICE IS HEREBY GIVEN that on the date below written, Plaintiff Roxanne Gutman, by and through undersigned counsel, served via United States mail on Defendants Wick and Ardry, care of their counsel of record, Plaintiff's Request to Produce Documents, Special Interrogatories on the following person:

Ronald J. Stolkin, Esq.
FENNEMORE CRAIG, P.C.
One South Church Avenue, Suite 1000
Tucson, Arizona 85701

DATED this 14th Day of August, 2010.

**THE STROJNIK FIRM LLC**

By: <u>*Peter Kristofer Strojnik*</u>
    Peter Kristofer Strojnik
    3030 North Central Avenue
    Suite 1401
    Phoenix, Arizona 85012
    Attorney for Plaintiff Roxanne Gutman