Peter Kristofer Strojnik, Esq. – Arizona Bar No. 026082
**THE STROJNIK FIRM LLC**
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-297-3019
Facsimile: 602-264-1441
E-mail: strojnik@skplaw.com

Peter Strojnik, Esq. – Arizona Bar No. 006464
**PETER STROJNIK, P.C.**
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: strojnik@aol.com

*Attorneys for Plaintiff Roxanne Gutman*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA – TUCSON DIVISION

| | |
|---|---|
| ROXANNE GUTMAN, | NO. 4:09-cv-00578 |
| Plaintiff, | **MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF WITH CONSENT OF CLIENT** |
| vs. | |
| WICK COMMUNICATIONS dba TERRITORIAL NEWSPAPERS, INC.; SEAN ARDRY and JANE DOE ARDRY, spouse, | |
| Defendants. | |

### MOTION TO WITHDRAW

Pursuant to Rule 83.3(b)(2) of the Rules of Practice of the United States District Court for the District of Arizona, the law firms of PETER STROJNIK, P.C. and THE STROJNIK FIRM LLC hereby move to withdraw as counsel of record for the Plaintiff in this matter.

-1-

Plaintiff Roxanne Gutman has given her consent to the law firms' withdrawal from the above action. *See*, Exhibit 1 (Decl. of Roxanne Gutman).

Plaintiff's contact information is:

Roxanne Gutman
6252 East 27th Street
Tucson, Arizona 85711
Telephone:  520-975-4867
E-mail:  roxanne_azbiz@yahoo.com

Based on the above, PETER STROJNIK, P.C. and THE STROJNIK FIRM LLC respectfully request a Court Order allowing the law firms of PETER STROJNIK, P.C. and THE STROJNIK FIRM LLC and individual attorneys Peter Strojnik and Peter K. Strojnik to withdraw as Plaintiff's counsel in the above matter.

The undersigned attorney certifies that:  (A) the client has been notified in writing of the status of the case including the dates and times of any court hearings or trial settings, pending compliance with any existing court orders and the possibility of sanctions.

The law firm of THE STROJNIK FIRM LLC will mail a copy of any Order the Court enters on this Motion to the Plaintiff.  A proposed form of Order is attached as Exhibit 2.

RESPECTFULLY SUBMITTED this 19th Day of August, 2010.

**THE STROJNIK FIRM LLC**

/s/ Peter Kristofer Strojnik
Peter Kristofer Strojnik
For The Strojnik Firm LLC and
Peter Strojnik, P.C.

## CERTIFICATE OF SERVICE

Original of the above Motion e-filed with the Court this 19th Day of August, 2010 with a copy e-mailed to the Client.

/s/ Peter Kristofer Strojnik