| | |
|---|---|
| 1 | FENNEMORE CRAIG, P.C. |
| | Ronald J. Stolkin (SBN 002552; PCC 55396) |
| 2 | One South Church Avenue, Suite 1000 |
| | Tucson, AZ  85701-1627 |
| 3 | Telephone:  (520) 879-6800 |
| | Facsimile:  (520) 879-6881 |
| 4 | Email:  rstolkin@fclaw.com |
| 5 | Attorneys for Defendants |

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA – TUCSON DIVISION

| | | |
|---|---|---|
| 10 | ROXANNE GUTMAN, | Case No. 4:09-CV-00578-JMR |
| 11 | Plaintiff, | **RESPONSE TO MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF WITH CONSENT OF CLIENT** |
| 12 | vs. | |
| 13 | WICK COMMUNICATIONS dba TERRITORIAL NEWSPAPERS, INC.; SEAN ARDRY and JANE DOE ARDRY, spouse, | |
| 16 | Defendants. | |

Defendants do not object to the Motion to Withdraw filed by Peter Strojnik, P.C. and The Strojnik Firm LLC.  Defendants are concerned, however, that Plaintiff may be conditioning her commitment to represent herself, "*pending [her] retention of new counsel, if any.*"  (Emphasis added.)  (Doc 25-1, Declaration of Roxanne Gutman at ¶ 5)  Defendants' counsel requests that this Court confirm that if Counsel is permitted to withdraw, the case will proceed whether Plaintiff retains new counsel or not.

/ / /

/ / /

/ / /

2344489.1/96170.026

1   DATED this 20th day of August, 2010.

                                FENNEMORE CRAIG, P.C.


                                By */s/ Ronald J. Stolkin*
                                   Ronald J. Stolkin
                                   Attorneys for Defendants
                                   Wick Communications dba Territorial
                                   Newspapers, Inc. and
                                   Sean Ardry and Jane Doe Ardry


**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

    Peter Kristofer Strojnik
    The Strojnik Firm, LLC
    3030 North Central Ave., Suite 1401
    Phoenix, Arizona 85012

                                    */s/ Julie Calvano Tolby*
                                    Julie Calvano Tolby