IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Roxanne Gutman,<br><br>    Plaintiff,<br><br>vs.<br><br>Wick Communications Co., et al.,<br><br>    Defendants. | No. CV 09-578-TUC-AWT<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation for Dismissal With Prejudice (Doc. 38) filed by the parties on August 15, 2011,

**IT IS HEREBY ORDERED** that this matter is **dismissed with prejudice**, with each party to bear its own attorneys' fees and costs. The Clerk of Court is directed to close this case.

DATED this 25th day of August, 2011.

_____
A. Wallace Tashima
United States Circuit Judge
Sitting by Designation